Form 284

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 19−80225

IN THE MATTER OF:
Chassidy Faye Whitlow    xxx−xx−4385
1244 Gentry Ridge Road
Roxboro, NC 27574

Debtor(s)

## ORDER GRANTING MOTION FOR ENTRY OF DISCHARGE

    IT APPEARING that the above−named debtor(s) filed a Motion for Entry of Discharge, Certification Regarding Plan Completion, and Statement Regarding Bankruptcy Rule 1007 (b)(8), in which the debtor(s) stated under penalty of perjury that the provisions of 11 U.S.C. §522 (q)(1) are not applicable to the debtor(s), and that there is not a pending proceeding in which the debtor(s) may be found guilty of a felony of the kind described in §522 (q)(1)(A) or liable for a debt of the kind described in §522 (q)(1)(B); that Notice of the Motion was given to all parties in interest and creditors in the case and that no objections or requests for a delay in the entry of the discharge have been timely filed; that based upon the statements and certifications contained in the Motion, the Court finds that there is no reasonable cause to believe that §522 (q)(1) is applicable to the debtor(s) or that there is pending any proceeding in which the debtor(s) may be found guilty of a felony of the kind described in §522 (q)(1)(A) or liable for a debt of the kind described in §522 (q)(1)(B); wherefore it is

    ORDERED that the Motion for Entry of Discharge is hereby granted; and it is further

    ORDERED that the Clerks Office enter the Order of Discharge and cause a copy to be sent to all parties in interest and creditors in this case.

Dated: 8/4/22

*Benjamin C. Kahn*
Benjamin A. Kahn
United States Bankruptcy Judge